MICHAEL J. DADY, Respondent, *v.* JOHN H. O'ROURKE, Appellant, Impleaded with Another.

Reported below, 61 App. Div. 529.
(Argued November 11, 1901; decided November 19, 1901.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 3, 1901, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the question involved is simply academic.

*James C. Church* for motion.

*L. Laflin Kellogg* opposed.

Motion denied, with ten dollars costs.